FANNY M. MANN, Respondent, *v.* WILLIAM K. MANN, Appellant.

(Argued December 17, 1878 ; decided December 20, 1878.)

*George F. Danforth* for appellant.

*A. J. Abbott* for respondent.

AGREE to affirm orders of General and Special Terms. No opinion.

Orders affirmed.